UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE TERRELL GRANT, | No. 2:21-cv-0628-KJM-JDP (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

      Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 10, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  On May 11, 2021, the findings and recommendations were served on plaintiff at his address of record.  On May 24, 2021, the findings and recommendation were returned by the postal service as undeliverable, with a notation that plaintiff is no longer in custody.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.  More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the court of a current address nor has he responded in any way to the findings and recommendations.

1

After review of the record and good cause appearing, the court will not adopt the findings and recommendations and will, instead, dismiss this action without prejudice for failure to prosecute. *See* Local Rule 183(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 10, 2021, are not adopted;

2. This action is dismissed without prejudice due to plaintiff's failure to notify the court of his current address; and

3. The Clerk of Court is directed to close the case.

DATED: September 28, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE